UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDMARK AUTO, INC. an Idaho corporation; and CHALFANT CORP., and Idaho corporation, | Case No. 1:15-cv-00520-BLW |
| Plaintiffs, | **SPECIAL VERDICT FORM** |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and UNIVERSAL UNDERWRITERS SERVICE CORPORATION, a Delaware corporation, | |
| Defendants. | |

We, the jury, respond **unanimously** to the special interrogatories as follows:

### *Fraud by Inducement Claims*

**For instruction on the elements of a fraud by inducement claim see Instruction 23.**

**Question 1**: Do you find by clear and convincing evidence that Defendants fraudulently induced Edmark to enter into the DDRA Addendums?

_____          ___X___
          YES                                    NO

**SPECIAL VERDICT FORM - 1**

**Question 2**: Do you find by clear and convincing evidence that Defendants fraudulently induced Edmark to enter into additional contracts *after* Edmark entered into the DDRA Addendums?

_____X_____                    _____
        YES                                NO

**Question 3**: Do you find by clear and convincing evidence that Defendants fraudulently induced Chalfant to enter into the DDRA Addendums?

_____X_____                    _____
        YES                                NO

**Question 4**: Do you find by clear and convincing evidence that Defendants fraudulently induced Chalfant to enter into additional contracts *after* Chalfant entered into the DDRA Addendums?

_____X_____                    _____
        YES                                NO

### *Breach of Contract Claims*

**For instruction on these claims, including the elements of a breach of contract claim and the covenant of good faith and fair dealing, see Instructions 16, 17, and 18. For instruction on the elements of Dealers' material breach affirmative defense see Instruction 19. For instruction on the elements of Dealers' and Defendants' waiver by estoppel affirmative defenses see Instruction 20.**

### *Dealers' Breach of Contract Claims*

**Question 5**: Do you find by a preponderance of the evidence that Defendants breached the DDRA Addendums with Edmark by failing to comply with (1) the terms of the agreement, or (2) the implied covenant of good faith and fair dealing?

_____X_____                    _____
        YES                                NO

**SPECIAL VERDICT FORM - 2**

**Question 6**: Do you find by a preponderance of the evidence that Defendants breached the DDRA Addendums with Chalfant by failing to comply with (1) the terms of the agreement, or (2) the implied covenant of good faith and fair dealing?

_____X_____          _____
YES                        NO

### *Universal's Breach of Contract Counterclaims*

**Question 7**: Do you find by a preponderance of the evidence that Edmark breached the DDRA Addendums with Universal by failing to comply with (1) the terms of the agreement, or (2) the implied covenant of good faith and fair dealing?

_____          _____X_____
YES                        NO

**Question 8**: Do you find by a preponderance of the evidence that Chalfant breached the DDRA Addendums with Universal by failing to comply with (1) the terms of the agreement, or (2) the implied covenant of good faith and fair dealing?

_____          _____X_____
YES                        NO

### *Fraud by Misrepresentation and Fraud by Concealment Claims*

**For instruction on the elements of a fraud by misrepresentation claim and a fraud by concealment claim see Instructions 21 and 22.**

**Question 9**: Do you find by clear and convincing evidence that Defendants committed fraud either by misrepresenting facts to Chalfant or concealing facts from Chalfant?

_____X_____          _____
YES                        NO

SPECIAL VERDICT FORM - 3

**Question 10**: Do you find by clear and convincing evidence that Defendants committed fraud either by misrepresenting facts to Edmark or concealing facts from Edmark?

_____X_____                          _____
    YES                                  NO

### *Unfair Business Practice Claims*

**For instruction on the elements of a claim for unfair business practices see Instruction 24.**

**Question 11**: Do you find by a preponderance of the evidence that Defendants engaged in unfair business practices in their relationship with Chalfant?

_____X_____                          _____
    YES                                  NO

**Question 12**: Do you find by a preponderance of the evidence that Defendants engaged in unfair business practices in their relationship with Edmark?

_____X_____                          _____
    YES                                  NO

### *Fiduciary Duty Claims*

**For instruction on the elements of a breach of fiduciary duty claim see Instruction 26.  As I previously instructed you, you are to accept as proven that Defendants owed Edmark and Chalfant a fiduciary duty as described in Instruction 25.**

**Question 13**: Do you find by a preponderance of the evidence that Defendants breached the fiduciary duty they owed to Chalfant?

_____X_____                          _____
    YES                                  NO

**SPECIAL VERDICT FORM - 4**

**Question 14**: Do you find by a preponderance of the evidence that Defendants breached the fiduciary duty they owed to Edmark?

_____ X _____                    _____
      YES                              NO

### *Calculation of Damages*

**For instruction on the appropriate measure of damages for a breach of contract claim see Instruction 28.**

**Question 15**: If you answered "Yes" to Question 5, what is the total amount of damages attributable to the Defendants' breach of the DDRA Addendums with Edmark?  If you answered "No" to Question 5, _do not_ answer this question.

**Amount: $** 750,000.00

**Question 16**: If you answered "Yes" to Question 6, what is the total amount of damages attributable to the Defendants' breach of the DDRA Addendums with Chalfant?  If you answered "No" to Question 6, _do not_ answer this question.

**Amount: $** 250,000.00

**Question 17**: If you answered "Yes" to Question 7, what is the total amount of damages attributable to Edmark's breach of the DDRA Addendums with Universal?  If you answered "No" to Question 7, _do not_ answer this question.

**Amount: $** _____

**Question 18**: If you answered "Yes" to Question 8, what is the total amount of damages attributable to Chalfant's breach of the DDRA Addendums with Universal?  If you answered "No" to Question 8, _do not_ answer this question.

**Amount: $** _____

**SPECIAL VERDICT FORM - 5**

For instruction on the measure of damages for the fraudulent inducement, fraud, unfair business practices, and breach of fiduciary duty claims see Instruction 29.

**Question 19**: If you answered "Yes" to Question 3, 4, 9, 11, or 13, what is the total amount of damages attributable to Defendants for (1) fraudulently inducing Chalfant (2) defrauding Chalfant, (3) using unfair business practices during their relationship with Chalfant, or (4) breaching the fiduciary duty they owed Chalfant? If you answered "No" to Questions 3, 4, 9, 11, and 13 , *do not* answer this question.

Amount: $ 1.5 million

**Question 20**: If you answered "Yes" to Question 1, 2, 10, 12, or 14, what is the total amount of damages attributable to Defendants for (1) fraudulently inducing Edmark (2) defrauding Edmark, (3) using unfair business practices during their relationship with Edmark, or (4) breaching the fiduciary duty they owed Edmark? If you answered "No" to Questions 1, 2, 10, 12, ~~or~~ and 14, *do not* answer this question.

Amount: $ 2.5 million

SPECIAL VERDICT FORM - 6

## *Malicious, Fraudulent, Oppressive, or Outrageous Conduct*

### For instruction on the requirements for finding malicious, fraudulent, oppressive, or outrageous conduct see Instruction 31.

**Question 21**: If you, the jury, found that Defendants' conduct constituted fraud by inducement, breach of contract, fraud by concealment, fraud by misrepresentation, breach of fiduciary duty, or an unfair business practice, was that conduct an extreme deviation from reasonable standards of conduct and malicious, fraudulent, oppressive, or outrageous?

        X
_____              _____
      YES                          NO

Have your foreperson sign and date the Special Verdict Form and advise the bailiff that you are done.

June 21, 2019
_____              _____
Dated                             FOREPERSON

**SPECIAL VERDICT FORM - 7**